UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
CARLOS ORTIZ A/K/A
CARLOS CAMACHO
                                              PRISONER
     v.                              CIVIL 3:01cv2172 (JCH)

WALTER EICHNER
```

### J U D G M E N T

This cause came on for consideration of the pro se complaint before the Honorable Janet C. Hall, United States District Judge.

On November 26, 2003, the Court directed the plaintiff to file a written notice of change of address within twenty days and informed the plaintiff that his failure to do so would result in dismissal of the case for failure to prosecute. On December 30, 2003, the Court entered an Order dismissing this case without prejudice for failure to prosecute pursuant to Rule 41(b), Fed. R. Civ. P.

It is therefore **ORDERED** and **ADJUDGED** that the case is dismissed without prejudice pursuant to Rule 41(b), Fed. R. Civ. P. and the matter closed, in accordance with the Court's Order.

Dated at Bridgeport, Connecticut this 31st of December, 2003.

```
                              KEVIN F. ROWE, Clerk

                              By /s/ Cynthia Earle
                                    Cynthia Earle
                                    Deputy Clerk
```

Entry on Docket _____